**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.,

                 Plaintiff,

   -against-                                     22 CIVIL 1788 (LJL)

                                                   **JUDGMENT**

CONTINENTAL CASUALTY COMPANY,

                 Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 16, 2023, the motion to dismiss is GRANTED. Because Plaintiff has identified no facts it could allege that would support coverage under the Policy, the dismissal is with prejudice. See, e.g., Pac. Indem. Co., 2022 WL 2292769, at *5 (dismissing similar complaint with prejudice); Plaza Athenee Hotel Co. Ltd., 2022 WL 902647, at *4 (same)**.**

**Dated:**  New York, New York

           February 21, 2023

                                                          **RUBY J. KRAJICK**

                                                            _____
                                                                **Clerk of Court**

                                      **BY:**     *K. Mango*

                                                            _____
                                                                **Deputy Clerk**